UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PHILIP S. WARREN and | § | Case No. 11-30441SGJ-13 |
| TERESA W. WARREN | § | |
| | § | Chapter No. 13 |
| Debtors | § | |

**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

WHEREAS, this case has not been converted to a Chapter 13 case under 11 U.S.C. § 1112, or 1208, the undersigned hereby requests an Order Dismissing this case.

/s/ Thomas J. Turner
Thomas J. Turner
Attorney for Debtor
State Bar No.: 20331500
1121 Hampshire Lane, Suite 224
Richardson, Texas 75080
214-217-8363 Telephone
214-217-8364 Fax
tomturnerlaw@live.com