

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 5, 2014**

_____
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PHILIP S. WARREN and | § | Case No. 11-30441SGJ-13 |
| TERESA W. WARREN | § | |
| | § | Chapter No. 13 |
| Debtors | § | |

### ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR

Upon consideration of the Debtor's Request for Dismissal of the above referenced Chapter 13 case, it is ORDERED that:

The case be and the same is hereby dismissed and all automatic stays and any injunctions obtained by the Debtor in any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith effective.  The Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

# # # END OFORDER # # #

Thomas J. Turner, Attorney at Law
1121 Hampshire Lane, Suite 224
Richardson, Texas 75080
(214) 217-8363 (Phone)
(214) 217-8364 (Fax)
tomturnerlaw@live.com (E-mail)