**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:

    PHILIP S WARREN
    TERESA W WARREN
        Debtor(s)

Case No. 11-30441-SGJ-13

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Thomas D. Powers, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/19/2011.

2) The plan was confirmed on 06/24/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/30/2012, 07/23/2013, 05/16/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/27/2012, 03/22/2013, 03/07/2014.

5) The case was dismissed on 08/05/2014.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $246,795.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $68,604.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$68,604.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,985.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $5,455.33 | |
| Other | $58.28 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$9,498.61** |
| Attorney fees paid and disclosed by debtor: | $215.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLON FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 185.00 | 185.80 | 185.80 | 0.00 | 0.00 |
| ASSET ACCEPTANCE | Unsecured | 0.00 | 1,267.87 | 1,267.87 | 17.59 | 0.00 |
| ASSET ACCEPTANCE | Unsecured | 0.00 | 4,843.57 | 4,843.57 | 67.22 | 0.00 |
| BUSH RENNER ORTHOPAEDICS | Unsecured | 89.57 | NA | NA | 0.00 | 0.00 |
| CARRINGTON MORTGAGE SERVICE | Secured | 21,193.74 | 21,193.74 | 21,193.74 | 21,193.74 | 0.00 |
| CARRINGTON MORTGAGE SERVICE | Secured | 192,438.76 | 192,438.76 | 192,438.76 | 0.00 | 0.00 |
| CENTRAL REVENUE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 0.00 | 464.74 | 464.74 | 0.00 | 0.00 |
| CHILDREN MEDICAL CENTER | Unsecured | 843.25 | NA | NA | 0.00 | 0.00 |
| CHILDREN MEDICAL CENTER | Unsecured | 61.20 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PLACE | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| CITY OF RICHARDSON | Secured | 1,372.01 | 1,372.01 | 1,372.01 | 0.00 | 0.00 |
| COLLECTION | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF DALLAS | Secured | 1,077.17 | 1,077.17 | 1,077.17 | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 2,985.96 | NA | NA | 0.00 | 0.00 |
| DATASEARCH INC | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 4,877.00 | 4,877.98 | 4,877.98 | 67.69 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EXXON MOBIL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CONTROL SVC | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRSTAR | Unsecured | 4,461.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES LL | Unsecured | NA | 520.76 | 520.76 | 0.00 | 0.00 |
| HSBCORCHARD BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 635.00 | 635.76 | 635.76 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 30,709.44 | 30,709.44 | 30,709.44 | 8,812.54 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 13,477.52 | 6,232.52 | 6,232.52 | 6,232.52 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,137.56 | 3,137.56 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,880.23 | 1,880.23 | 26.09 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 480.00 | 480.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 155.00 | 155.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 456.43 | 456.43 | 0.00 | 0.00 |
| MEDICAL CITY DALLAS HOSPITAL | Unsecured | NA | 285.09 | 285.09 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMEI | Secured | 20,845.55 | 20,845.55 | 20,845.55 | 20,845.55 | 1,704.56 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO INOVISION MEDCLR | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| NCO INOVISION MEDCLR | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Unsecured | 1,446.00 | 1,446.89 | 1,446.89 | 20.08 | 0.00 |
| PALISADES ACQUISITION XVI LLC | Unsecured | NA | 2,416.53 | 2,416.53 | 33.54 | 0.00 |
| PARAMOUNT RECOVERY | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| PARAMOUNT RECOVERY | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 0.00 | 639.38 | 639.38 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 307.86 | 233.39 | 233.39 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 618.00 | 587.86 | 587.86 | 0.00 | 0.00 |
| PRIME IMAGING PARTNERS LLC | Unsecured | 145.70 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 774.14 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 1,490.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 1,428.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 1,419.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 1,366.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 1,179.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 1,139.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 1,108.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 573.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT INC | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| RICHARDSON ISD | Secured | 2,644.59 | 2,644.59 | 2,644.59 | 0.00 | 0.00 |
| RMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE CORP | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 0.00 | 4,198.35 | 4,198.35 | 58.26 | 0.00 |
| VANDA LLC | Unsecured | 0.00 | 1,874.39 | 1,874.39 | 26.01 | 0.00 |
| WACHOVIA | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| WEST CENTRAL TX COLL B | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| WFNNB EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $192,438.76 | $0.00 | $0.00 |
| Mortgage Arrearage | $21,193.74 | $21,193.74 | $0.00 |
| Debt Secured by Vehicle | $20,845.55 | $20,845.55 | $1,704.56 |
| All Other Secured | $5,093.77 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$239,571.82** | **$42,039.29** | **$1,704.56** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $36,941.96 | $15,045.06 | $0.00 |
| **TOTAL PRIORITY:** | **$36,941.96** | **$15,045.06** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$31,097.58** | **$316.48** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,498.61 |
| Disbursements to Creditors | $59,105.39 |
| | |
| **TOTAL DISBURSEMENTS:** | **$68,604.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/14/2014

By: /s/ Thomas D. Powers

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**